**No. 26-7637**

# In the United States Court of Appeals for the Ninth Circuit

IN RE: META PIXEL HEALTHCARE LITIGATION

JOHN DOE 1, on behalf of himself and all others similarly situated; JOHN DOE IV; JANE DOE I; JOHN DOE II; JANE DOE II; JANE DOE III; JANE DOE IV; JANE DOE V; JANE DOE VIII; JANE DOE IX; JANE DOE X; JOHN DOE III,
*Plaintiffs-Respondents*,

v.

META PLATFORMS, INC.,
*Defendant-Petitioner*.

On Appeal from the United States District Court
for the Northern District of California
Case No. 3:22-cv-03580-WHO (The Hon. William H. Orrick)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION TO APPEAL CLASS CERTIFICATION

The plaintiffs-respondents respectfully request an 18-day extension of time to file their response to defendant-petitioner's petition for permission to appeal class certification under Federal Rule of Civil Procedure 23(f). The response is currently due by November 23, 2026. Fed. R. App. Proc. 5(b)(2). Granting this extension would result in a new deadline of Friday, December 11, 2026. The defendant-petitioner does not oppose this request.

1. There is good cause for this request. Appellate counsel for the plaintiffs-respondents, Matthew W.H. Wessler and his colleagues, were recently retained and not involved in the proceedings before the district court, and therefore need additional time to familiarize themselves with the case, study the voluminous record, and prepare a response. They also have several pressing obligations that have taken up and will continue to take up substantial time over the next month.

2. Specifically, Mr. Wessler and his colleagues have recently had, and have upcoming, the following deadlines:

- An oral argument in the U.S. Court of Appeals for the Ninth Circuit in *DZ Reserve v. Meta*, No. 25-7657, on November 16, 2026;
- An oral argument in the U.S. Court of Appeals for the Eighth Circuit in *MMIC Insurance Co. v. OB/GYN*, No. 25-1758, on November 18, 2026;
- An oral argument in the California Court of Appeals for the First District in *Doe v. Discord*, Nos. A175211, A175379, & A175220, on November 24, 2026;
- A reply brief due in the U.S. Court of Appeals for the Federal Circuit in *DHS Probationary Employees 1 Class v. DHS*, No. 26-1315, on December 3, 2026;
- A response to an application for direct appellate review in the Massachusetts Supreme Judicial Court due in the Massachusetts

Court of Appeals in *Peerless Insurance v. Rooney*, No. DAR-31213, on December 4, 2026;

- A response brief due in the U.S. Court of Appeals for the Eighth Circuit in *In re: Cattle and Beef Antitrust Litigation*, No. 26-2689, on December 7, 2026; and
- An opposition to a motion to dismiss due in the U.S. District Court for the District of Colorado in *Dick-Stock v. Barclays Bank PLC*, No. 1:25-cv-03923, on December 11, 2026.

3. Mr. Wessler and his colleagues also have pre-planned travel for the holidays that will take up substantial time over the week of November 23.

4. Counsel for the defendant-petitioner does not oppose this request.

5. No prejudice will result to either party by the granting of the requested extension.

For the foregoing reasons, the plaintiffs-respondents respectfully request an 18-day extension of time to file and serve plaintiffs-respondents' response, to and including December 11, 2026.

Respectfully submitted,

*/s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
1400 16th Street, NW
Suite 225
Washington, DC 20036

(202) 888-1741
*matt@guptawessler.com*

November 18, 2026

*Counsel for Plaintiffs-Respondents*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because this motion contains 423 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this brief has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

November 18, 2026

*/s/ Matthew W.H. Wessler*
Matthew W.H. Wessler