UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN DOE 1, on behalf of himself and all others similarly situated; et al.,

Plaintiffs - Respondents,

v.

META PLATFORMS, INC.,

Defendant - Petitioner.

No. 26-7637

D.C. No.
3:22-cv-03580-WHO
Northern District of California,
San Francisco

ORDER

Plaintiffs-Respondents unopposed motion for an extension of time to file a response to the petition to appeal class certification, Dkt. No. 10, is GRANTED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT